```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 57866
   JIMMY CROFT
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4475


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 03/08/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE  SECURED              7325.00          767.42         1983.28
AMERICREDIT FINANCIAL SE  UNSECURED             5631.98            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY              5545.48            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED              529.76            .00             .00
CAPITAL ONE BANK          UNSECURED              167.28            .00             .00
PERSONAL FINANCE          SECURED NOT I         2358.34            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED           NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED           NOT FILED            .00             .00
RUSH PRES ST LUKES MEDIC  UNSECURED           NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY            605.20                         605.20
TOM VAUGHN                TRUSTEE                                               204.10
DEBTOR REFUND             REFUND                                                   .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              3,560.00

PRIORITY                                         .00
SECURED                                     1,983.28
    INTEREST                                  767.42
UNSECURED                                        .00
ADMINISTRATIVE                                605.20
TRUSTEE COMPENSATION                          204.10
DEBTOR REFUND                                    .00
                   ---------------      ---------------
TOTALS               3,560.00              3,560.00



                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 57866 JIMMY CROFT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/27/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```